

RECEIVED
IN LAKE CHARLES, LA
DEC 29 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 2:15-cr-258-03 |
| VERSUS | JUDGE MINALDI |
| TROY LANE TOUCHET | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Troy Lane Touchet, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Troy Lane Touchet is finally adjudged guilty of the offense charged in Count Three of the Indictment.

Lake Charles, Louisiana, on this 28 day of December, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE